**Order entered July 31, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00091-CV

## IN THE INTEREST OF B.N.G. AND G.J.G., MIN'OR CHILDREN

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-56335-2014**

## ORDER

Before the Court is appellant's second and final motion to extend time to file reply brief.

We **GRANT** the motion and **ORDER** the brief received July 30, 2018 filed as of the date of this order.

/s/     DAVID EVANS
        JUSTICE